UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAUL ANTONIO RAMIREZ ORELLANA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-03523-FLA (PD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

A# 246-061-835

Pursuant to 28 U.S.C. § 636, the court has reviewed Petitioner Saul Antonio Ramirez Orellana's ("Petitioner," A# 246-061-835) Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241 ("Petition," Dkt. 1), the First Amended Petition (Dkt. 6), Respondents' Answer to the Petition (Dkt. 8), the Report and Recommendation of United States Magistrate Judge ("the Report"), and all relevant portions of the record. The Report recommends the objections period be eliminated because the government does not oppose Petitioner's request for a bond hearing. Dkt. 9 at 4.

In light of Respondents' acknowledgment that Petitioner is entitled to an individualized bond hearing because he "appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 813 F. Supp.

1

3d 1084, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) *reconsideration granted in part*, 2025 WL 3713982 (Dec. 18, 2025), *and amended and superseded on reconsideration*, 2025 WL 3713987 (Dec. 18, 2025)," Dkt. 8 at 2, the court ACCEPTS the Magistrate Judge's Report and ADOPTS it as its own findings and conclusions.

Accordingly, the court GRANTS the Petition as to Claim One, DISMISSES the remaining claims without prejudice, and ORDERS Respondents to release Petitioner Saul Antonio Ramirez Orellana (A# 246-061-835) unless he is provided, within seven (7) days of the docketing of this Order, an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a), at which the government will bear the burden to prove by clear and convincing evidence that Petitioner poses a flight risk or is a danger to the public.

IT IS SO ORDERED.

Dated: July 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2