JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAUL ANTONIO RAMIREZ ORELLANA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-03523-FLA (PD)

**JUDGMENT**

A# 246-061-835

Pursuant to the court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED as to Claim One and the remaining claims are DISMISSED without prejudice.

The Clerk of the court is directed to close the case.

Dated: July 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1